IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOASHA LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORDIC GROUP OF COMPANIES, LTD., | : | NO. 08-5635 |
| FLAMBEAU, INC., DUNCAN TOYS CO. | : | |

ORDER

AND NOW, this 18th day of June 2009, upon consideration of plaintiff's motion for a preliminary injunction, defendants' response, plaintiff's reply and defendants' amended sur-reply thereto, a hearing on May 19-20, 2009 and oral argument on May 27, 2009, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that plaintiff's motion for a preliminary injunction is DENIED. Counsel should inform my Chambers (215-597-2750) within 5 business days of the date of this Order if another settlement conference with Magistrate Judge Restrepo might be productive.

   /s/ THOMAS N. O'NEILL, JR.
   THOMAS N. O'NEILL, JR., J.